**Order entered October 17, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00378-CV

### TODD PRUETT, Appellant

### V.

### MARK STOLZ, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

Before the Court is appellant's October 15, 2013 motion to file an amended brief. Appellant's amended brief was due on October 14, 2013. Appellant's amended brief was filed on October 11, 2013. Because appellant timely filed his amended brief, we **DENY** his motion as moot.

/s/     DAVID LEWIS
          JUSTICE